1  Louis J. Esbin, Esq. (Cal. Bar No. 119705)
   LAW OFFICES OF LOUIS J. ESBIN
2  25129 The Old Road, Suite 114
3  Stevenson Ranch, California 91381
   Tel: 661.254-5050 | Fax: 661.254-5252
4  E-MAIL: esbinlaw@sbcglobal.net

5  Attorneys for Debtors, PETER MARK GETZ and JENNIFER DAWN GETZ

FILED & ENTERED

OCT 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

7           UNITED STATES BANKRUPTCY COURT    CHANGES MADE BY COURT

8           CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| 10 | In re | CHAPTER 11 CASE |
|----|-------|-----------------|
| 11 | **PETER MARK GETZ and JENNIFER DAWN GETZ**, | CASE NO.  2:10-BK-38673 BB |
| 12-16 | Debtors. | ORDER GRANTING MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS [US BANK, NA, as successor in interest to DOWNEY S&L ASSN FA, CITIMORTGAGE, AND LOS ANGELES COUNTY ASSESSOR, AS SECURED PARTIES] |
| 17-18 | | DATE:    September 22, 2010<br>TIME:    10:00 am<br>PLACE:  Ctrm:1475<br>255 E. Temple St., Los Angeles, CA 90012 |

20     There came on for consideration by the Court on September 22, 2010, the

21  Debtors' NOTICE OF MOTION AND MOTION TO DETERMINE SECURED VALUE OF

22  REAL PROPERTY; TO STAY POST PETITION PAYMENTS; MEMORANDUM OF

23  POINTS AND AUTHORITIES; DECLARATION IN SUPPORT [US BANK, NA, as

24  successor in interest to DOWNEY S&L ASSN FA, AND CITIMORTGAGE, AND LOS

25  ANGELES COUNTY ASSESSOR, AS SECURED PARTIES] (the "Motion to Value"),

26  upon which service was given to parties in interest, with appearances noted on the

record, the Court having read and considered the Motion to Value filed by Debtors and the argument of counsel for Debtors, there being no opposition, and good cause being shown, it is

ORDERED, ADJUDGED AND DECREED as follows:

1.  The Court hereby finds that the secured value of the Real Property located at 29362 Via Milagro, Valencia, California 91354 (APN 3244-181-038) (the "REAL PROPERTY") is $575,000, based upon an appraisal as of August 5, 2010.

2.  To the extent that the Motion to Value can be construed as requesting any additional relief or any findings as to the consequences that flow from the foregoing valuation, the Debtor withdrew that request on the record at the time of hearing.

# # # #

DATED: October 1, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Louis J. Esbin
25129 The Old Road, Suite 114
Stevenson Ranch, California 91381

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS [US BANK, NA, as successor in interest to DOWNEY S&L ASSN FA, CITIMORTGAGE, AND LOS ANGELES COUNTY ASSESSOR, AS SECURED PARTIES]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 24, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)
Lee S Raphael (cmartin@pprlaw.net)
Russell Clementson (russell.clementson@usdoj.gov)
United States Trustee (ustregion16.LA.ecf@usdoj.gov)

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sheri Bluebond, Bankruptcy Judge
Courtroom 1475
255 E. Temple St, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 24, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 24, 2010 | Linda Dekker | /s/ Linda Dekker |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO DETERMINE SECURED VALUE OF REAL PROPERTY; TO STAY POST PETITION PAYMENTS [US BANK, NA, as successor in interest to DOWNEY S&L ASSN FA, CITIMORTGAGE, AND LOS ANGELES COUNTY ASSESSOR, AS SECURED PARTIES]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 24, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Louis J. Esbin (esbinlaw@sbcglobal.net)  K Russell Clementson (russell.clementson@usdoj.gov)
Lee S Raphael (cmartin@pprlaw.net)  United States Trustee (ustregion16.LA.ecf@usdoj.gov)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Honorable Sheri Bluebond, Bankruptcy Judge
Courtroom 1475
255 E. Temple St, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**PROOF OF SERVICE LIST**
In re Peter M. Getz and Jennifer D. Getz
Bankr. Case No. 2:10-38673-BB

**I.  Served Electronically**

<u>United States Trustee</u>
Office of United States Trustee
725 S. Figueroa St., Suite 2600
Los Angeles, California 90017

<u>Counsel for Debtor</u>
Louis J. Esbin
Law Offices of Louis J. Esbin
25129 The Old Road, Suite 114
Stevenson Ranch, CA 91381-2273

<u>Counsel for US Bank, NA – Per Claim</u>
Sandra Martell
Prober & Raphael
20750 Ventura Blvd #100
Woodland Hills, CA, 91364

**II.  Served by Mail**

<u>Per Proof of Claim</u>
CitiBank
Att: Candius Parker, Bankruptcy Specialist
P.O. Box 140609
Irving, TX 88901-6941

CitiMortgage, Inc.
C/O CT Corporation System (Agent)
818 West Seventh Street
Los Angeles, CA 90017

<u>Debtors</u>
Peter M. Getz
Jennifer D. Getz
29362 Via Milagro
Valencia, California  91354

<u>Per Proof of Claim</u>
US Bank Home Mortgage
3121 Michelson Dr., Suite 500
Irvine, CA 92612

U.S. Bancorp
800 Nicollet Mall
Minneapolis, MN 55402

US Bank
P.O. Box 790408
St Louis, MO 63179